# Exhibit 3

# Laboratory analysis of varenicline products

FDA continues to investigate the presence of the N-nitroso-varenicline impurity in varenicline. Varenicline is a prescription drug used for smoking cessation. FDA has identified levels of N-nitroso-varenicline above FDA's acceptable intake limit in some samples of varenicline finished drugs.

FDA is posting its laboratory results in the table below showing N-nitroso-varenicline levels in varenicline products currently available for the U.S. market. Testing of varenicline is still ongoing, and FDA posted (/media/151470/download?attachment) its analytical method used in laboratory testing.

For reference, consuming up to the acceptable intake limit, 37 nanograms, of N-nitroso-varenicline per day is considered reasonably safe for humans, based on lifetime exposure. N-nitroso-varenicline may increase the risk of cancer if people are exposed to it above the acceptable intake limit and over a long period of time, but a person taking a drug that contains N-nitroso-varenicline at-or-below the acceptable intake limit every day for 70 years is not expected to have an increased risk of cancer. Agency scientists evaluated the risk of exposure to N-nitroso-varenicline at interim acceptable intake levels up to 185 ng per day (92.5 ppm) and determined that it presents minimal additional cancer risk when compared to a lifetime of exposure to N-nitroso-varenicline at the 37 ng per day (18.5 ppm) level.

| Company (Manufacturer) | Product | Lots Tested | N-nitroso-varenicline level in micrograms/tablet (nanograms/tablet) | N-nitroso-varenicline level in parts per million (ppm) |
|---|---|---|---|---|
| Pfizer | Chantix (varenicline) 1mg | EA6080, EC9841, EC9847, EC9848, EX2099, DR5086 | 0.15-0.47 (150-470) | 155-474 |
| Par Pharmaceuticals | Varenicline 1 mg | 31960807, 31960801 | 0.003 (3) | 3 |
| Apotex | APO-Varenicline Tartrate 1 mg) | TG2183, TG2181, TG2182 | 0.027-0.044 (27-44) | 27-44 |
| Apotex | APO-Varenicline Tartrate 0.5 mg | TG2180, TG2178, TG2179 | 0.014-0.021 (14-21) | 27-42 |

As discussed in the July 16, 2021 CDER Statement update (/drugs/drug-safety-and-availability/fda-updates-and-press-announcements-nitrosamine-varenicline-chantix), Apotex is distributing Apo-Varenicline, a Canadian-approved drug product, under FDA's temporary exercise of regulatory flexibility and discretion. Par Pharmaceutical's varenicline product was approved (https://www.accessdata.fda.gov/scripts/cder/ob/results_product.cfm?Appl_Type=A&Appl_No=201785#39649) by FDA on August 11, 2021.