# Exhibit 8

**Archived:** Monday, August 7, 2023 6:27:48 PM
**From:** Peterka, James
**Mail received time:** Wed, 21 Jun 2023 16:26:53
**Sent:** Wed, 21 Jun 2023 16:26:45
**To:** Rhoad, Robert
**Subject:** Varenicline
**Importance:** Normal
**Sensitivity:** None

[EXTERNAL EMAIL]

Robert,

We represent Zydus in connection with your May 17 and June 9, 2023 letters. We are considering your letters and will respond in due course.

Regards,

Jim

James T. Peterka

**Locke Lord LLP**

111 S. Wacker Drive

Chicago, IL 60606

312-443-0270 Direct

312-896-6270 Fax

jpeterka@lockelord.com

View My **BIO** | Connect on **LinkedIn** | Visit **lockelord.com**





_____

Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Houston | London | Los Angeles | Miami | New Orleans | New York | Newark | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

For more information, including our privacy notices and policies, visit <u>www.lockelord.com</u>

CONFIDENTIALITY NOTICE:
This e-mail and any attached files from Locke Lord LLP may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We may scan and or monitor emails sent to and from our servers to ensure regulatory compliance to protect our clients and business.