# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., and ENDO PAR INNOVATION COMPANY, LLC, <br><br>    Plaintiff, <br><br>v. <br><br>ZYDUS PHARMACEUTICALS (USA) INC. and ZYDUS LIFESCIENCES LTD., <br><br>    Defendants. | C.A. No. 23-cv-866-RGA-LDH |

## STIPULATION TO FILE FIRST AMENDED COMPLAINT

WHEREAS Plaintiffs wish to file a First Amended Complaint attached as Exhibit 1 asserting a claim of infringement of United States Patent No. 11,779,587 against Defendants;

WHEREAS Defendants do not oppose Plaintiffs' filing the First Amended Complaint;

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that Plaintiffs will file the First Amended Complaint attached as Exhibit 1[1] within five days after entry of this stipulation by the Court and it shall be deemed served upon filing.

| | |
|---|---|
| Dated: December 8, 2023 | Respectfully submitted, |
| FARNAN LLP | YOUNG CONAWAY STARGATT <br> & TAYLOR, LLP |
| /s/ Brian E. Farnan <br> Brian E. Farnan (Bar No. 4089) <br> Michael J. Farnan (Bar No. 5165) <br> 919 North Market Street, 12th Floor <br> Wilmington, Delaware 19801 <br> (302) 777-0300 <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com <br><br> *Attorneys for Plaintiffs* | /s/ Pilar G. Kraman <br> Pilar G. Kraman (#5199) <br> Alexis N. Stombaugh (#6702) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> pkraman@ycst.com <br> astombaugh@ycst.com |

---

[1] A redline comparison of the First Amended Complaint and Complaint is attached as Exhibit 2.

*Attorneys for Defendant Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited*

IT IS SO ORDERED this ____ day of December, 2023.

_____
The Honorable Richard G. Andrews