# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., and ENDO PAR INNOVATION COMPANY, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZYDUS PHARMACEUTICALS (USA) INC. and ZYDUS LIFESCIENCES LTD.,<br><br>　　　　Defendants. | C.A. No. 23-cv-866-RGA-LDH |

## STIPULATION TO FILE FIRST AMENDED COMPLAINT

WHEREAS Plaintiffs wish to file a First Amended Complaint attached as Exhibit 1 asserting a claim of infringement of United States Patent No. 11,779,587 against Defendants;

WHEREAS Defendants do not oppose Plaintiffs' filing the First Amended Complaint;

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that Plaintiffs will file the First Amended Complaint attached as Exhibit 1[1] within five days after entry of this stipulation by the Court and it shall be deemed served upon filing.

Dated: December 8, 2023

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiffs*

Respectfully submitted,

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Pilar G. Kraman
Pilar G. Kraman (#5199)
Alexis N. Stombaugh (#6702)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
astombaugh@ycst.com

---

[1] A redline comparison of the First Amended Complaint and Complaint is attached as Exhibit 2.

*Attorneys for Defendant Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited*

IT IS SO ORDERED this  8th  day of December, 2023.

/s/ Richard G. Andrews
_____
The Honorable Richard G. Andrews