## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC. and ENDO PAR INNOVATION COMPANY, LLC | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) C.A. No. 23-866-JLH-LDH |
| ZYDUS PHARMACEUTICALS (USA) INC. and ZYDUS LIFESCIENCES LTD. | ) ) ) |
| Defendants. | ) ) ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 22, 2024, copies of the following were served on the persons listed below in the manner indicated:

1) *Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited's Objections and Responses to Plaintiffs' First Set of Interrogatories to Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Ltd.* and

2) *Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited's Objections and Responses to Plaintiffs' First Set of Requests for Production of Documents and Things to Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Ltd.*

### BY E-MAIL

Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
FARNAN LLP
919 North Market St.
12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiffs Par Pharmaceutical, Inc. and Endo Par Innovation Company, LLC*

Martin J. Black
Sharon K. Gagliardi
Brian M. Goldberg
Luke M. Reilly
Daniel R. Roberts
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
martin.black@dechert.com
sharon.gagliardi@dechert.com
brian.goldberg@dechert.com
luke.reilly@dechert.com
daniel.roberts@dechert.com

Jonathan D.J. Loeb, Ph.D.

DECHERT LLP
2400 W. El Camino Real, Suite
700 Mountain View, CA 94040
jonathan.loeb@dechert.com

PLEASE TAKE FURTHER NOTICE that on January 23, 2024, a copy of this Notice of

Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by

email on the persons listed above.

Of counsel:

Michael J. Gaertner
Terrence P. Canade
James T. Peterka
Carolyn A. Blessing
Jacob C. Britz
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700
mgaertner@lockelord.com
tcanade@lockelord.com
jpeterka@lockelord.com
cblessing@lockelord.com
jacob.britz@lockelord.com


Zhibin Li
LOCKE LORD LLP
Brookfield Place, 200 Vesey Street
New York, New York 10281
646-217-7897
zhibin.li@lockelord.com

Dated: January 23, 2024

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Alexis N. Stombaugh*
Pilar G. Kraman (No. 5199)
Alexis N. Stombaugh (No. 6702)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
astombaugh@ycst.com
jsiew@ycst.com

*Attorneys for Defendants Zydus*
*Pharmaceuticals (USA) Inc. and Zydus*
*Lifesciences Limited*