# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC. and ENDO PAR INNOVATION COMPANY, LLC<br><br>Plaintiffs,<br><br>v.<br><br>ZYDUS PHARMACEUTICALS (USA) INC. and ZYDUS LIFESCIENCES LTD.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 23-866-JLH-LDH<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 7, 2024, the following was served on the persons listed below in the manner indicated:

1) Zydus Pharmaceuticals (USA) Inc. and Zydus LifeSciences Limited's Initial Invalidity Contentions

## BY E-MAIL

Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
FARNAN LLP
919 North Market St.
12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiffs Par Pharmaceutical, Inc. and Endo Par Innovation Company, LLC*

Martin J. Black
Sharon K. Gagliardi
Brian M. Goldberg
Luke M. Reilly
Daniel R. Roberts
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
martin.black@dechert.com
sharon.gagliardi@dechert.com
brian.goldberg@dechert.com
luke.reilly@dechert.com
daniel.roberts@dechert.com

Jonathan D.J. Loeb, Ph.D.
DECHERT LLP
2400 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499
jonathan.loeb@dechert.com

PLEASE TAKE FURTHER NOTICE that on February 7, 2024, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on the persons listed above.

Of counsel:

Michael J. Gaertner
Terrence P. Canade
James T. Peterka
Carolyn A. Blessing
Jacob C. Britz
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700
mgaertner@lockelord.com
tcanade@lockelord.com
jpeterka@lockelord.com
cblessing@lockelord.com
jacob.britz@lockelord.com

Zhibin Li
LOCKE LORD LLP
Brookfield Place, 200 Vesey Street
New York, New York 10281
646-217-7897
zhibin.li@lockelord.com

Dated: February 7, 2024

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ *Jennifer P. Siew*
Pilar G. Kraman (No. 5199)
Alexis N. Stombaugh (No. 6702)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
astombaugh@ycst.com
jsiew@ycst.com

*Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited*