# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC. and ENDO PAR INNOVATION COMPANY, LLC | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) C.A. No. 23-866-JLH-LDH |
| ZYDUS PHARMACEUTICALS (USA) INC. and ZYDUS LIFESCIENCES LTD. | ) ) ) ) |
| Defendants. | ) ) ) |

## **NOTICE OF SUBPOENA TO NON-PARTY MEDICHEM, S.A**

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited ("Zydus"), by and through their undersigned attorneys, will cause the attached subpoena for the production of documents, electronically stored information, or objects, to be served on Non-Party Medichem, S.A.

Dated: February 16, 2024

OF COUNSEL:

Michael J. Gaertner
Terrence P. Canade
James T. Peterka
Carolyn A. Blessing
Jacob C. Britz
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700
mgaertner@lockelord.com
tcanade@lockelord.com
jpeterka@lockelord.com
cblessing@lockelord.com
jacob.britz@lockelord.com

Zhibin Li

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ *Pilar G. Kraman*
Pilar G. Kraman (No. 5199)
Alexis N. Stombaugh (No. 6702)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
astombaugh@ycst.com
jsiew@ycst.com

*Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited*

LOCKE LORD LLP
Brookfield Place, 200 Vesey Street
New York, New York 10281
646-217-7897
zhibin.li@lockelord.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 16, 2024, a copy of the foregoing document was served on the counsel listed below in the manner indicated

**BY EMAIL:**

| | |
|---|---|
| Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>FARNAN LLP<br>919 North Market St.<br>12th Floor<br>Wilmington, DE 19801<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | Martin J. Black<br>Sharon K. Gagliardi<br>Brian M. Goldberg<br>Luke M. Reilly<br>Daniel R. Roberts<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104<br>martin.black@dechert.com<br>sharon.gagliardi@dechert.com<br>brian.goldberg@dechert.com<br>luke.reilly@dechert.com<br>daniel.roberts@dechert.com<br><br>Jonathan D.J. Loeb, Ph.D.<br>DECHERT LLP<br>2400 W. El Camino Real, Suite 700<br>Mountain View, CA 94040-1499<br>jonathan.loeb@dechert.com |

*Attorneys for Plaintiffs Par Pharmaceutical, Inc. and Endo Par Innovation Company, LLC*

Dated:  February 16, 2024

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

*/s/ Pilar G. Kraman*
Pilar G. Kraman (No. 5199)
Alexis N. Stombaugh (No. 6702)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
pkraman@ycst.com
astombaugh@ycst.com
jsiew@ycst.com

*Attorneys for Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited*