# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., and ENDO PAR INNOVATION COMPANY, LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ZYDUS PHARMACEUTICALS (USA) INC. and ZYDUS LIFESCIENCES LTD.,<br><br>　　Defendants. | C.A. No. 23-cv-866-JLH-LDH |

## STIPULATION TO EXTEND TIME

The parties hereby agree, subject to the Court's approval, to extend the Scheduling Order (D.I. 26) as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| File Joint Claim Construction Chart | March 1, 2024 | March 6, 2024 |
| Deadline to Join or Amend | March 20, 2024 | Unchanged |
| Document Production Deadline | March 28, 2024 | Unchanged |
| Serve Opening Claim Construction Brief | March 29, 2024 | Unchanged |
| Sere Answering Claim Construction Brief | April 26, 2024 | Unchanged |
| File Letter regarding *Markman* timing and testimony | April 26, 2024 | Unchanged |
| Serve Reply Claim Construction Brief | May 10, 2024 | Unchanged |
| Serve Sur-Reply Claim Construction Brief | May 24, 2024 | Unchanged |
| File Joint Claim Construction Brief | May 29, 2024 | Unchanged |
| Final Supplementation | June 14, 2024 | Unchanged |
| Final Infringement Contentions | June 24, 2024 | Unchanged |
| *Markman* Hearing | June 25, 2024 at 9:00 a.m. | Unchanged |

| Final Invalidity Contentions | July 2, 2024 | Unchanged |
|---|---|---|
| Fact Discovery Cutoff | July 16, 2024 | Unchanged |
| Opening Expert Reports | August 14, 2024 | Unchanged |
| Answering Expert Reports | September 25, 2024 | Unchanged |
| Reply Expert Reports | October 23, 2024 | Unchanged |
| Expert Discovery Deadline | November 20, 2024 | Unchanged |
| Dispositive and *Daubert* Motion Deadline | December 20, 2024 | Unchanged |
| Answering Dispositive and *Daubert* Briefs | January 17, 2025 | Unchanged |
| Reply Dispositive and *Daubert* Briefs | February 7, 2025 | Unchanged |
| File Pretrial Order | May 12, 2025 | Unchanged |
| Pretrial Conference | May 16, 2025 at 9:00 a.m. | Unchanged |
| File Jury Instructions, *Voir Dire*, and Special Verdict Statement | May 12, 2025 | Unchanged |
| Jury Trial | June 2, 2025 | Unchanged |

Dated: March 1, 2024                                Respectfully submitted,

FARNAN LLP                                           YOUNG CONAWAY STARGATT
                                                     & TAYLOR, LLP

/s/ Brian E. Farnan                                  /s/ Alexis N. Stombaugh
Brian E. Farnan (Bar No. 4089)                       Pilar G. Kraman (#5199)
Michael J. Farnan (Bar No. 5165)                     Alexis N. Stombaugh (#6702)
919 North Market Street, 12th Floor                  Rodney Square
Wilmington, Delaware 19801                           1000 North King Street
(302) 777-0300                                       Wilmington, DE 19801
bfarnan@farnanlaw.com                                (302) 571-6600
mfarnan@farnanlaw.com                                pkraman@ycst.com
                                                     astombaugh@ycst.com
*Attorneys for Plaintiffs*
                                                     *Attorneys for Defendant Zydus*
                                                     *Pharmaceuticals (USA) Inc. and Zydus*
                                                     *Lifesciences Limited*

IT IS SO ORDERED this  1st  day of March, 2024.

                                            _____
                                            The Honorable Jennifer L. Hall
                                            United States District Judge