# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., and ENDO PAR INNOVATION COMPANY, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>ZYDUS PHARMACEUTICALS (USA) INC. and ZYDUS LIFESCIENCES LTD.<br><br>*Defendants.* | C.A. No. 23-866-JLH-LDH |

## APPENDIX OF EXHIBITS FOR JOINT CLAIM CONSTRUCTION BRIEF

Dated: May 31, 2024

Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
FARNAN LLP
919 North Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Martin J. Black (admitted *pro hac vice*)
Sharon K. Gagliardi (admitted *pro hac vice*)
Brian M. Goldberg (admitted *pro hac vice*)
Luke M. Reilly (admitted *pro hac vice*)
Daniel R. Roberts (admitted *pro hac vice*)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
martin.black@dechert.com
sharon.gagliardi@dechert.com
brian.goldberg@dechert.com

Pilar G. Kraman (#5199)
Alexis N. Stombaugh (#6702)
Jennifer Siew (#7114)
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
astombaugh@ycst.com
jsiew@ycst.com

Of counsel:

Michael J. Gaertner
James T. Peterka
Terry Canade
Carolyn A. Blessing
Jacob C. Britz
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606

| | |
|---|---|
| luke.reilly@dechert.com<br>daniel.roberts@dechert.com | (312) 443-0700<br><br>Zhibin Li<br>LOCKE LORD LLP<br>Brookfield Place, 200 Vesey Street<br>New York, New York 10281<br>(212) 415-8600<br><br>*Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc., and Zydus Lifesciences Limited* |
| Jonathan D.J. Loeb, Ph.D. (admitted *pro hac vice*)<br>DECHERT LLP<br>2400 W. El Camino Real, Suite 700<br>Mountain View, CA 94040-1499<br>Tel: (650) 813-4995<br>jonathan.loeb@dechert.com<br><br>*Attorneys for Plaintiffs Par Pharmaceutical, Inc. and Endo Par Innovation Company, LLC* | |

## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION | JOINT APPENDIX |
|---|---|---|
| Exhibit 1 | U.S. Patent No. 11,779,587 | JA1 – JA60 |
| Exhibit 2 | U.S. Patent No. 11,717,524 | JA61 – JA118 |
| Exhibit 3 | Excerpts from Zydus Pharms. (USA) Inc. and Zydus Lifesciences Ltd.'s Initial Invalidity Contentions | JA119 – JA126 |
| Exhibit 4 | U.S. Patent No. 11,602,537 | JA127 – JA184 |
| Exhibit 5 | March 29, 2024 Declaration of Dr. David R. Dodds and accompanying Exhibits A-F | JA185 – JA343 |
| Exhibit 6 | Declaration of Dr. Steven W. Baertschi and accompanying Exhibits 1-6 | JA344 – JA514 |
| Exhibit 7 | Excerpts from the file history of U.S. Patent No. 11,779,587, July 11, 2023, Amendment and Response to Non-Final Office Action | JA515 – JA531 |
| Exhibit 8 | May 14, 2024 Rebuttal Declaration of Dr. David R. Dodds and accompanying Exhibits F-G | JA532 – JA609 |
| Exhibit 9 | May 28, 2024 Responsive Declaration of Dr. Steven W. Baertschi | JA610 – JA620 |
| Exhibit 10 | ICH Harmonised Tripartite Guideline: Impurities in New Drug Substances Q3A(R2) ("ICH Q3A") | JA621 – JA636 |
| Exhibit 11 | Excerpts from the file history of U.S. Patent No. 11,779,587, Apr. 17, 2023, Non-Final Rejection | JA637 – JA653 |
| Exhibit 12 | Excerpts from the file history of U.S. Patent No. 11,717,524 | JA654 – JA726 |