IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., and ENDO PAR INNOVATION COMPANY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ZYDUS PHARMACEUTICALS (USA) INC. and ZYDUS LIFESCIENCES LTD.,<br><br>    Defendants. | C.A. No. 23-cv-866-JLH-LDH<br><br>**FILED UNDER SEAL** |

**STIPULATION AND [PROPOSED] ORDER**

The parties, subject to the Court's approval, hereby agree to stay this action for thirty days ███████████████████████████████████████████████████. The parties will file ███████████████████ or a joint status report by October 23, 2024.

| | |
|---|---|
| Dated: September 23, 2024 | Respectfully submitted, |
| FARNAN LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor<br>Wilmington, Delaware 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br>rpiergiovanni@farnanlaw.com<br><br>*Attorneys for Plaintiffs* | /s/ Pilar G. Kraman<br>Pilar G. Kraman (#5199)<br>Alexis N. Stombaugh (#6702)<br>Jennifer Siew (#7114)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>pkraman@ycst.com<br>astombaugh@ycst.com<br>jsiew@ycst.com<br><br>*Attorneys for Defendant Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited* |

IT IS SO ORDERED this \_\_\_\_ day of _____, 2024.

_____
The Honorable Jennifer L. Hall