## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PAR PHARMACEUTICAL, INC., and ENDO PAR
INNOVATION COMPANY, LLC,

      Plaintiffs,

      v.

ZYDUS PHARMACEUTICALS (USA) INC. and
ZYDUS LIFESCIENCES LTD.,

      Defendants.

C.A. No. 23-cv-866-JLH-LDH

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rules 41(a) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs, Par Pharmaceutical, Inc. and Endo Par Innovation Company, LLC ("Par"), and Defendants, Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Ltd. (collectively "Zydus"), hereby stipulate and agree that all matters in controversy between Par and Zydus in this action, including all claims, counterclaims, and affirmative defenses, are dismissed without prejudice, and without costs, disbursements or attorneys' fees to any party.

Dated: December 19, 2024

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com
rpiergiovanni@farnanlaw.com

*Attorneys for Plaintiffs*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Alexis N. Stombaugh
Pilar G. Kraman (#5199)
Alexis N. Stombaugh (#6702)
Jennifer P. Siew (#7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
astombaugh@ycst.com
jsiew@ycst.com

*Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited*